STUYVESANT CONSTRUCTION CORPORATION et al., Respondents, v. FING HOLDING CORPORATION et al., Defendants, and BREMER TOOL CORPORATION et al., Defendants-Appellants.— Order, granting plaintiffs' motion to vacate notice of examination before trial, unanimously reversed, with ten dollars costs and disbursements, and said motion denied as to all items except item "10" of the notice of examination which is granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, pp. 894, 903.]

STUYVESANT CONSTRUCTION CORPORATION et al., Respondents, v. FING HOLDING CORPORATION et al., Defendants, and BREMER TOOL CORPORATION et al., Defendants-Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, pp. 894, 903.]

LEANN FICARROTTO et al., Appellants, v. MARY McEACHERN et al., Defendants, and MARVIN G. CONNALLY, Defendant-Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disburse-

ments. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.